IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY A. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-778-C |
| | ) | |
| JAMES RUDEK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Second Supplemental Report and Recommendation on September 20, 2012, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

In his Objection, Plaintiff does not dispute the facts as set forth in the Report and Recommendation, he simply rationalizes that events set in motion by the original Defendants caused further harm in his new location. This is not an argument sufficient to contravene the clear and correct directives as to how to proceed with his case, and certainly not sufficient to confer jurisdiction over the additional Defendants.

Accordingly, the Court adopts, in its entirety, the Second Supplemental Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, the claims in counts three, four, and five against Defendants Lawson, Bridges, and Carney are dismissed

without prejudice. This matter is recommitted to the Magistrate Judge under the original Order of Referral.

  IT IS SO ORDERED this 24th day of October, 2012.

ROBIN J. CAUTHRON
United States District Judge